AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Trust, Alan S. | 2. Court or Organization  Bankruptcy Court | 3. Date of Report  09/09/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |

**7. Chambers or Office Address**

290 Federal Plaza, 9th floor
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Teaching - St Johns University School of Law | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 1/14 | NY, NY | speaker at seminar in New York City | reimbursement for actual out of pocket travel |
| 2. | DFW Inn of Court | 2/14 | Dallas, TX | speaker at seminar in Dallas, TX | reimbursement for actual out of pocket travel, lodging and meals |
| 3. | Center for American and International Law | 6/14 | Plano, TX | speaker at seminar in Plano, Tx | reimbursement for actual out of pocket travel, lodging and meals |
| 4. | Dallas Bankruptcy BarAssociation | 6/14 | Dallas, TX | speaker at a seminar in Dallas, TX | reimbursement for actual out of pocket travel, lodging and meals |
| 5. | Federal Bar Association | 9/14 | Providence, RI | speaker at a seminar in Puerto Rico | reimbursement for actual out of pocket travel, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Conference Institute | 9/14 | Dallas, TX | speaker at a seinar in Dallas, TX | reimbursement for actual out of pocket travel, lodging nd meals |
| 7. | Capital Region NY Bankruptcy Bar Ass'n | 10/14 | Cooperstown, NY | speaker at a seminar in Cooperstown, NY | reimbursement for actual out of pocket travel, lodging and meals |
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise / Columbia Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 2. RVS Life Fixed (annuity) | | None | K | T | | | | | See Part VIII |
| 3. RVS / COL / SPS VP Cash Mgt (annuity) | | None | K | T | | | | | see Part VIII |
| 4. RVS / COL VP High Yield Bond (annuity) | | None | K | T | | | | | See Part VIII; |
| 5. Goldman VIT MidCap Va (annuity) | | None | J | T | | | | | see Part VIII; |
| 6. Fid VIP Midcap Cl2 (annuity) | | None | J | T | | | | | see Part VIII; |
| 7. FT VIP Small Cap Valu (annuity) | | None | J | T | | | | | see Part VIII; |
| 8. WF Adv VT Small Cap (annuity) | | None | J | T | Buy (add'l) | 06/13/14 | J | | see Part VIII |
| 9. THDNDL /COL VP Emerg Mkts (annuity) | | None | J | T | Sold (part) | 06/13/14 | J | | see Part VIII |
| 10. Wanger Int'l Small Cap (annuity) | | None | J | T | | | | | see Part VIII; |
| 11. FT GLB VIP Real Estate (annuity) | | None | J | T | | | | | see Part VIII |
| 12. Oppenheimer Strat Bond (annuity) | | None | K | T | | | | | see Part VIII |
| 13. Alliance Bernstein American Century Equity Income IRA (AmPrise) | C | Int./Div. | K | T | | | | | see Part VIII |
| 14. Alliance Bernstein Global Thematic IRA (was sold 7/13) | | | | | | | | | see Part VIII |
| 15. Alliance Bernstein Disc Value | B | Int./Div. | K | T | | | | | see Part VIII |
| 16. Mass Mutual Annuity -- MML Equity | | None | J | T | | | | | see Part VIII |
| 17. Mass Mutual Annuity -- Opp Global Strategic | | None | J | T | | | | | see Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutual Annuity -- Opp Main Street Small Cap | | None | K | T | | | | | see Part VIII |
| 19. Mass Mutual Annuity -- Opp Main Street | | None | K | T | | | | | see Part VIII |
| 20. Mass Mutual Annuity Opp Global Strategic | | None | J | T | | | | | see Part VIII |
| 21. Oppenheimer Cap App (both) | D | Int./Div. | L | T | Buy (add'l) | 11/3/14 | K | | |
| 22. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 23. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 24. Oppenheimer Global Fund | D | Int./Div. | M | T | Buy (add'l) | 10/28/14 | J | | |
| 25. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 26. Oppenheimer Global Opportunities (A) | A | Int./Div. | K | T | Buy | 10/28/14 | J | | |
| 27. | | | | | Sold (part) | 12/1/14 | J | | see Part VIII |
| 28. Oppenheimr Global Value (A) | A | Int./Div. | J | T | Buy (add'l) | 05/09/14 | J | | |
| 29. | | | | | Sold (part) | 11/3/14 | J | | see Part VIII |
| 30. Oppenheimer Main Street Fund | D | Int./Div. | L | T | Buy (add'l) | 11/21/14 | J | | |
| 31. Oppenheimer Main Street MidCap fka Small Mid Cap Select (OPMSX) | B | Int./Div. | L | T | Buy (add'l) | 11/03/14 | J | | |
| 32. Oppenheimer Global Strategic Income (fka Champion Income) | A | Int./Div. | J | T | | | | | |
| 33. Oppenheimer Global Allocation (Quest) | A | Int./Div. | J | T | Sold (part) | 02/10/14 | J | | loss see VIII |
| 34. Oppenheimer Sr. Floating | A | Int./Div. | J | T | Sold (part) | 02/07/14 | J | | loss see VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 6/26/14 | J | | loss see VIII |
| 36. | | | | | Sold (part) | 12/22/14 | J | | loss see VIII |
| 37. | | | | | Sold (part) | 12/31/14 | J | | loss see VIII |
| 38. Oppenheimer Int'l Small Co | A | Int./Div. | K | T | Buy (add'l) | 5/12/14 | J | | |
| 39. | | | | | Sold (part) | 6/26/14 | J | A | |
| 40. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 41. | | | | | Sold (part) | 12/23/14 | J | A | |
| 42. Oppenheimer Rochester Limited Term Munis | A | Int./Div. | | | Sold | 01/10/14 | J | | loss see VIII |
| 43. scholar's Edge 529 Plan - Age based portfolio (18+) | | None | L | T | Sold (part) | 03/31/14 | K | | see Part VIII |
| 44. Belt West Funding Corp raw land in Dallas County | A | Interest | J | U | | | | | |
| 45. Royal McAbee universal life insurance | | None | J | T | | | | | |
| 46. State of Israel savings bond | A | Int./Div. | J | T | | | | | |
| 47. Energy East | A | Int./Div. | J | T | | | | | |
| 48. Merrill Lynch / AIG stock | A | Int./Div. | J | T | | | | | |
| 49. Amprise TWEAX Amer Century Eq Income | A | Int./Div. | J | T | | | | | |
| 50. Amprise ODMAX Oppenheimer Developing Mkts | A | Int./Div. | J | T | | | | | |
| 51. Oppenheimer Discovery | B | Int./Div. | L | T | Sold (part) | 5/7/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 5/8/14 | J | A | |
| 53. | | | | | Sold (part) | 05/09/14 | J | A | |
| 54. | | | | | Sold (part) | 05/12/14 | J | A | |
| 55. | | | | | Sold (part) | 11/03/14 | K | A | |
| 56. | | | | | Sold (part) | 11/06/14 | K | A | |
| 57. Ameriprise MDLOX Blackrock Golbal Allocation | B | Int./Div. | K | T | | | | | |
| 58. IMNYX (Legg Mason) Western Asset Intermed NY Munis | A | Int./Div. | J | T | | | | | |
| 59. Fidelity VIP Contra (w/in auunity) | | None | K | T | | | | | |
| 60. Am Century / VP Value (w/in annuity) | | None | K | T | | | | | |
| 61. CNL Lifestyles CNLIDI (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 62. Corp Prop Assoc CPA17 (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 63. Am Insured Mkt (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 64. MITTX (w/in L IRA) Mass MFS Investors | A | Int./Div. | K | T | | | | | |
| 65. ATHAX (w/in L IRA) Amer Century Heritage | A | Int./Div. | J | T | | | | | |
| 66. MGIAX (w/in L IRA) MFS Int'l Value | A | Int./Div. | J | T | | | | | |
| 67. RRIAX (w/in L IRA) Columbia Global Infra fka Col Recovery Infra | A | Int./Div. | | | Sold | 10/13/14 | J | A | |
| 68. Justice Federal accounts | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco Int'l Gr. Sr. (annuity) | | None | J | T | | | | | see Part VIII |
| 70. MDLOX (w/in L IRA) Blackrock Global Alloc. | C | Int./Div. | K | T | | | | | |
| 71. Oppenheimer Equity Income | D | Int./Div. | L | T | Buy (add'l) | 2/7/14 | J | | |
| 72. | | | | | Buy (add'l) | 5/7/14 | J | | |
| 73. | | | | | Buy (add'l) | 5/8/14 | J | | |
| 74. | | | | | Buy (add'l) | 5/9/14 | J | | |
| 75. | | | | | Sold (part) | 6/26/14 | J | | see Part VIII |
| 76. | | | | | Buy (add'l) | 11/16/14 | J | | |
| 77. Oppenheimer Main St Small Cap | A | Int./Div. | J | T | Buy | 2/7/14 | J | | |
| 78. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 79. Scholars Edge Large Cap nka Dreyfus R Growth | | None | J | T | | | | | see Part VIII |
| 80. Scolars Edge Main St Mid Cap | | None | J | T | | | | | see Part VIII |
| 81. Scholars Edge Int'l Equity | | None | J | T | | | | | see Part VIII |
| 82. Scholars Edge Moderately Aggressive fka Agg Growth | | None | K | T | Buy (add'l) | 03/31/14 | J | | see Part VIII |
| 83. Scholars Edge Large Cap Value nka Value | | None | J | T | | | | | see Part VIII |
| 84. Scholars Edge Aggresive | | None | J | T | | | | | see Part VIII |
| 85. Scholars Edge Moderate | | None | J | T | Buy (add'l) | 03/31/14 | J | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco VIT All Asset (annuity) | | None | K | T | | | | | see Part VIII |
| 87. Oppenheimer Deveoping Mkts Fund | A | Int./Div. | K | T | Buy (add'l) | 07/29/14 | J | | |
| 88. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 89. Oppenheimer Rochester Ltd Term NY Munis | A | Int./Div. | J | T | Buy | 02/10/14 | J | | |
| 90. Oppenheimer Money Mkt (treat as bank acct) | A | Int./Div. | J | T | | | | | |
| 91. Oppenheimer Rochester AMT Free NY Munis | A | Int./Div. | J | T | Buy (add'l) | 2/10/14 | J | | |
| 92. | | | | | Buy (add'l) | 5/8/14 | J | | |
| 93. US treasuries | A | Interest | K | T | | | | | |
| 94. AmerGen (L IRA) | A | Int./Div. | J | T | | | | | |
| 95. Oppenheimer Small & Mid Cap Value | A | Int./Div. | J | T | | | | | |
| 96. Oppenheimer Int'l Value | A | Int./Div. | J | T | Sold (part) | 2/10/14 | J | A | |
| 97. | | | | | | | | | |
| 98. | | | | | Sold | 11/3/14 | J | A | |
| 99. Oppenheimer Real Estate Fund | A | Int./Div. | | | Buy | 05/12/14 | J | | |
| 100. | | | | | Sold | 07/29/14 | J | A | |
| 101. Oppenheimer Discovery Mid Cap Growth | C | Int./Div. | K | T | Buy (add'l) | 2/7/14 | J | | |
| 102. Oppenheimer Int'l Growth | A | Int./Div. | J | T | Buy (add'l) | 5/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/26/14 | J | A | |
| 104. | | | | | Sold (part) | 11/3/14 | J | A | |
| 105. | | | | | Sold (part) | 11/21/14 | J | A | |
| 106. Blackrock Global Dividend (AmPrise) | B | Int./Div. | K | T | | | | | |
| 107. CNL Growth Props (AmPrise) | A | Int./Div. | J | T | | | | | |
| 108. Corporate Capital (AmPrise) | A | Int./Div. | J | T | | | | | |
| 109. Fidelity Advisor Growth Opp (AmPrise) | | | K | T | Sold (part) | 03/24/14 | J | A | |
| 110. | | | | | Sold (part) | 10/13/14 | J | A | |
| 111. Goldman Sachs Strategic Inc. (AmPrise) | B | Int./Div. | K | T | | | | | |
| 112. MFS Int'l Value (AmPrise) | A | Int./Div. | K | T | Buy | 10/13/14 | J | | |
| 113. Steelpath Opp MLP Inc (AmPrise) | B | Int./Div. | K | T | | | | | |
| 114. Templeton Global Bond (AmPrise) | A | Int./Div. | J | T | | | | | |
| 115. Transamerica Short Term Bond (AmPrise) | A | Int./Div. | | | Sold | 3/25/14 | K | | loss see VIII |
| 116. Wells Fargo WFA Absolute Return (AmPrise) | A | Int./Div. | K | T | | | | | |
| 117. Northern Lights Altegris (AmPrise) | A | Int./Div. | | | Sold | 03/24/14 | J | | loss see VIII |
| 118. NEW AmPrise Lord Abbott Short Duration | A | Int./Div. | J | T | Buy | 03/24/14 | J | | |
| 119. NEW Lord Abbott Bond Deb | A | Int./Div. | J | T | Buy | 03/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NEW INSAX Catalyst | A | Int./Div. | J | T | Buy | 03/24/14 | J | | |
| 121. Blackrock Multi Asset | A | Int./Div. | J | T | | | | | see Part VIII |
| 122. NEW Deutsche Global Infrastructure | A | Int./Div. | J | T | Buy | 03/24/14 | J | | |
| 123. NEW Oppenhomer Rochester Fund Muni | A | Int./Div. | J | T | Buy | 02/10/14 | J | | |
| 124. | | | | | Buy (add'l) | 5/8/14 | J | | |
| 125. | | | | | Buy (add'l) | 5/9/14 | J | | |
| 126. NEW Oppenheimer Steel Path Select 40 | A | Int./Div. | J | T | Buy | 5/7/14 | J | | |
| 127. | | | | | Buy (add'l) | 5/8/14 | J | | |
| 128. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 129. NEW Oppenheimer SteelPath Alpha Plus | A | Int./Div. | K | T | Buy | 5/7/14 | J | | |
| 130. | | | | | Buy (add'l) | 5/8/14 | J | | |
| 131. | | | | | Buy (add'l) | 5/9/14 | J | | |
| 132. | | | | | Buy (add'l) | 11/3/14 | J | | |
| 133. | | | | | Buy (add'l) | 11/6/14 | J | | |
| 134. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 135. NEW Oppenheimer Steel Path MLP Alpha | A | Int./Div. | K | T | Buy | 5/7/14 | K | | |
| 136. | | | | | Buy (add'l) | 5/8/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 138. | | | | | Sold (part) | 12/31/14 | J | | loss see VIII |
| 139. NEW Oppenhemer Portfolio Series Eq. Inv. Fund | A | Int./Div. | J | T | Buy | 11/3/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 2 - 12, 16-20, 43, 59, 60, 69, 79-85, and 86-- based on information provided by the fund manager(s), no income or reinvested dividends, taxable or otherwise, was paid or attributed to any of these investments during the reporting period.

Losses were suffered for sales in lines 33, 34, 35, 36, 37, 42, 115, 117, 138 ; therefore no Gain code in D(4).

Line 14 was all sold in July 2013 but inadvertently reported as sold part; no value or transactions during 2014 reporting period.

Line 43 was converted in 2014 from age based 15 - 17 to age 18+ investment fund.

Line 121 was inadvertently left off the 2013 report

No gain or loss was reported by the investment manager for the exchanges within the annuity, 529 Plan and/or IRA (as applicable) for transactions within Lines 9, 27, 29, 43, and 75.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544